# MINUTES

| | |
|---|---|
| CASE NUMBER: | 1:22-cr-00045-JMS |
| CASE NAME: | United States of America v. (1) Christopher A. Mazzei (2) Erin V. Mazzei |
| ATTY FOR PLA: | *Gregg Paris Yates |
| ATTYS FOR DEFTS: | *(1) Dan L. Cogdell, I  *(2) John M. Schum |

| | | | |
|---|---|---|---|
| JUDGE: | J. Michael Seabright | REPORTER: | Ann Matsumoto |
| DATE: | 07/26/2024 | TIME: | 3:00 pm - 3:05 pm |

COURT ACTION:  EP:     PRETRIAL CONFERENCE

Defendants (1) Christopher Mazzei and (2) Erin Mazzei, not in custody, participated by telephone.

Discussion held.

Counsel reported to the Court that this matter will be resolved without a trial.

Change of Plea hearing for Defendants (1) Christopher A. Mazzei and (2) Erin V. Mazzei is set for August 28, 2024 at 1:30 p.m. before the Honorable J. Michael Seabright.  Parties should consult the court's digital calendar on the hearing date for the courtroom assignment.

Defendants to remain on previously imposed conditions of release.

Submitted by Renee L.F. Honda, Courtroom Manager